Opinion issued November 12, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00780-CV

———————————

IN RE Barbara Regina Schlein, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

          By
petition for writ of mandamus, relator, Barbara Regina Schlein, challenges the
trial court’s June 8, 2010 order requiring relator to pay interim attorney’s
fees and costs to her spouse.

          We deny
the petition for writ of mandamus.  

Per Curiam

 

Panel
consists of Justices Jennings, Alcala, and Higley.

 











[1]
          The underlying case is In the Matter of the Marriage of Barbara
Regina Schlein and Robert John Schlein, No. 08FD2371 in the County Court at
Law Number Two of Galveston County, Texas, the Hon. C.G. Dibrell,
presiding.